# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., SIERRA CLUB, INC., and RESPIRATORY HEALTH ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS POWER RESOURCES, LLC and ILLINOIS POWER RESOURCES GENERATING, LLC, <br><br> Defendants. | Case No. 1-13-cv-01181 <br> Hon. Joe Billy McDade <br> Mag. Judge Schanzle-Haskins |

## NOTICE OF WITHDRAWAL OF SIERRA CLUB WITNESSES JOYCE BLUMENSHINE AND JOYCE HARANT

PLEASE TAKE NOTICE that Plaintiff Sierra Club hereby notifies the Court and Defendants of its intention to withdraw Joyce Blumenshine and Joyce Harant as witnesses in this litigation. In conjunction with the withdrawal of these witnesses, Sierra Club commits that it will not call either Ms. Blumenshine or Ms. Harant for testimony for any reason whatsoever in this lawsuit, including to provide organizational standing to the Sierra Club.

As a result of withdrawing these witnesses Ms. Blumenshine and Ms. Harant no longer constitute "Standing Witnesses" as the term is used by the Court in the Order Granting in Part and Denying in Part Sierra Club and Kady McFadden's Appeal of the Magistrate Judge's Order Compelling Disclosure of Certain Communications (ECF No. 90).

DATED September 17, 2015

By:     s/ Gregory E. Wannier

Gregory E. Wannier
85 2nd Street, Second Floor
San Francisco, CA 94105
(415) 977-5646
greg.wannier@sierraclub.org

*Counsel for Plaintiff Sierra Club*

By: s/

Faith E. Bugel
1004 Mohawk
Wilmette, IL 60091
(312) 282-9119
fbugel@gmail.com

*Counsel for Plaintiff Sierra Club*


s/

Jennifer Cassel
Justin Vickers
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1600
Chicago, IL 60601
(312) 673-6500
jcassel@elpc.org
jvickers@elpc.org

*Counsel for Plaintiffs Sierra Club and Respiratory Health Association*

2

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., SIERRA CLUB, INC., and RESPIRATORY HEALTH ASSOCIATION,<br><br>       Plaintiffs,<br><br>   v.<br><br>ILLINOIS POWER RESOURCES, LLC and ILLINOIS POWER RESOURCES GENERATING, LLC,<br><br>       Defendants. | Case No. 1-13-cv-01181<br>Hon. Joe Billy McDade<br>Mag. Judge Schanzle-Haskins |

## CERTIFICATE OF SERVICE

  The undersigned attorney certifies that on September 17, 2015, a copy of the foregoing NOTICE OF WITHDRAWAL OF SIERRA CLUB WITNESSES JOYCE BLUMENSHINE AND JOYCE HARANT was electronically served upon all Counsel of Record using the CM/ECF system.

Dated: September 17, 2015

By: s/ Gregory E. Wannier

 Gregory E. Wannier
 85 2nd Street, Second Floor
 San Francisco, CA 94105
 (415) 977-5646
 greg.wannier@sierraclub.org

By: s/

 Faith E. Bugel
 1004 Mohawk
 Wilmette, IL 60091
 (312) 282-9119
 fbugel@gmail.com

 *Counsel for Plaintiff Sierra Club*

By: s/

 Jennifer Cassel
 Justin Vickers
 Environmental Law & Policy Center
 35 East Wacker Drive, Suite 1600
 Chicago, IL 60601
 (312) 673-6500
 jcassel@elpc.org
 jvickers@elpc.org

 *Counsel for Plaintiffs Sierra Club and Respiratory Health Association*