UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., SIERRA CLUB, INC., and RESPIRATORY HEALTH ASSOCIATION,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ILLINOIS POWER RESOURCES, LLC and ILLINOIS POWER RESOURCES GENERATING, LLC,<br><br>　　　　　　　　　　Defendants. | Case No. 1-13-cv-01181<br>Hon. Joe Billy McDade<br>Mag. Judge Schanzle-Haskins |

## **PROPOSED ORDER**

1. Movants Sierra Club and its employee, Kady McFadden's Motion for Clarification of and/or Relief from the Court's Order as Applied to Communications with Former Sierra Club Declarants Joyce Blumenshine and Joyce Harant, is hereby GRANTED.

2. This Court hereby clarifies that Dkt. No. 90, the Order that this Court issued on August 17, 2015, granting in part and denying in part Movants' appeal from Magistrate Judge's June 17, 2015 ruling ("the Order"), solely requires production of communications by witnesses that Plaintiffs intend to rely on to establish associational standing in this case.

3. Because Plaintiffs no longer intend to rely on the declarations of Joyce Blumenshine or Joyce Harant to establish associational standing, for the reasons set out in the Order, the Order does not apply to any communications to or from either Ms. Blumenshine or Ms. Harant.

　　　　　　　　　　　　　　　　　　　　SO ORDERED


Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Joe Billy McDade