UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., SIERRA CLUB, INC., and RESPIRATORY HEALTH ASSOCIATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>ILLINOIS POWER RESOURCES, LLC and ILLINOIS POWER RESOURCES GENERATING, LLC,<br><br>        Defendants. | Case No. 1-13-cv-01181<br>Hon. Joe Billy McDade<br>Mag. Judge Schanzle-Haskins |

## EXHIBIT A: DECLARATION OF FAITH E. BUGEL

I, Faith E. Bugel, declare that the following is true and correct:

1. I currently serve as counsel for the Sierra Club for Case No. 1-13-cv-01181, Natural Resources Defense Council Inc., et al. v. Illinois Power Resources, LLC, et al.

2. On September 18, 2015, my co-counsel in this case and I received an email from Francis Lyons requesting a privilege log documenting communications between Ms. McFadden and Joyce Blumenshine and Joyce Harant that were not produced to Defendants. In that latter, Mr. Lyons stated that Sierra Club's decision to withdraw Ms. Blumenshine and Ms. Harant as standing witnesses "does not change the effect of the Court's Order August 17, 2015 Order [sic]."

3. On September 23, 2015, my co-counsel in this case and I had a phone conversation with Francis Lyons and his co-counsel for Defendants, where we discussed the question of whether communications between Ms. McFadden and Ms. Blumenshine and Ms. Harant need to be produced. We were unable to resolve our disagreements on that question. During that conversation, I made the offer to Mr. Lyons that we could file a joint motion with the Court seeking clarification of the Court's August 17 Order.

4. On September 25, at 12:25 pm, Mr. Lyons called me and indicated that Defendants refused this offer, and planned to file a motion independently.

5.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 25, 2015.

*Faith E. Bugel*

_____

Faith E. Bugel
*Counsel for Plaintiff Sierra Club*