IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; RESPIRATORY HEALTH ASSOCIATION; and SIERRA CLUB, INC., <br><br>Plaintiffs, <br><br>v. <br><br>ILLINOIS POWER RESOURCES GENERATING, LLC, <br><br>Defendant. | Case No. 13-cv-01181 <br>United States District Judge <br>Joe Billy McDade <br><br>Magistrate Judge <br>Thomas P. Schanzle-Haskins III |

## DECLARATION OF IAN FISHER

1. My name is Ian Fisher. I am counsel for Plaintiff Natural Resources Defense Council (NRDC) in this case.

2. Attached as Exhibit GA to Plaintiffs' Reply in Support of Partial Summary Judgment on Remedy (Reply) are excerpts from a true and correct copy of the transcript from the June 15, 2018 deposition of Mr. Ralph L. Roberson in this case.

3. Attached as Exhibit GB to Plaintiffs' Reply are excerpts from a true and correct copy of the transcript from the November 10, 2017 deposition of Mr. Mark Davis in this case.

4. Attached as Exhibit GC to Plaintiffs' Reply is a true and correct copy of a webpage of Cynthia Vodopivec from the LinkedIn website, available at https://www.linkedin.com/in/cynthia-vodopivec-57b9023/, visited October 3, 2018.

5. Attached as Exhibit GD to Plaintiffs' Reply are excerpts from a true and correct copy of the May 7, 2018 Rebuttal Report of Mr. Jonathan Shefftz in this case.

6. Attached as Exhibit GE to Plaintiffs' Reply are excerpts from a true and correct copy of the transcript from the July 2, 2018 deposition of Mr. J. Edward Cichanowicz in this case.

7. Attached as Exhibit GF to Plaintiffs' Reply is a true and correct copy of an email chain dated February 26, 2014 and December 2, 2013 and produced by IPRG in discovery under Bates number IPR-IPRG-023008.

8. Attached as Exhibit GG to Plaintiffs' Opposition is a true and correct copy of Plaintiffs' March 10, 2017, First Set of Interrogatories Relating to Remedy.

9. Attached as Exhibit HA to Plaintiffs' Reply are excerpts from a true and correct copy of the March 21, 2018 Report of Mr. Thomas R. Keeler for this case. Exhibit HA has been filed under seal pursuant to the Protective Order in this case.

10. Attached as Exhibit HB to Plaintiffs' Reply are excerpts from a true and correct copy of the transcript from the June 26, 2018 deposition of Mr. Thomas R. Keeler in this case. Exhibit HB has been filed under seal pursuant to the Protective Order in this case.

11. Attached as Exhibit HC to Plaintiffs' Reply are excerpts from a true and correct copy of the transcript from the June 21, 2018 deposition of Dr. Ranajit Sahu in this case. Exhibit HC has been filed under seal pursuant to the Protective Order in this case.

12. Attached as Exhibit HD to Plaintiffs' Reply are excerpts from a true and correct copy of the December 18, 2015 Liability Report of Dr. Ranajit Sahu for this case. Exhibit HD has been filed under seal pursuant to the Protective Order in this case.

13. Attached as Exhibit HE to Plaintiffs' Reply are excerpts from a true and correct copy of the February 4, 2016 Liability Rebuttal Report of Dr. Ranajit Sahu for this case. Exhibit HE has been filed under seal pursuant to the Protective Order in this case.

14. Attached as Exhibit HF to Plaintiffs' Reply are excerpts from a true and correct copy of the May 7, 2018 Remedy Rebuttal Report of Dr. Ranajit Sahu for this case. Exhibit HF has been filed under seal pursuant to the Protective Order in this case.

15. Attached as Exhibit HG to Plaintiffs' Reply are excerpts from a true and correct copy of the January 17, 2018 Remedy Report of Dr. Ranajit Sahu for this case. Exhibit HG has been filed under seal pursuant to the Protective Order in this case.

16. Attached as Exhibit HH to Plaintiffs' Reply are excerpts from a true and correct copy of a November 22, 2014 Unit 3 Electrostatic Precipitator Inspection Report for Dynegy Edwards Generating Station by Southern Environmental produced by IPRG in discovery under Bates number IPR-IPRG-087269. Exhibit HH has been filed under seal pursuant to the Protective Order in this case.

17. Attached as Exhibit HI to Plaintiffs' Reply are excerpts from a true and correct copy of a July 20, 2005 ESP Assessment by GE Energy produced by IPRG in discovery under Bates number IPR-IPRG-087461. Exhibit HI has been filed under seal pursuant to the Protective Order in this case.

18. Attached as Exhibit HJ to Plaintiffs' Reply are excerpts from a true and correct copy of the March 21, 2018 Report of Mr. J. Edward Cichanowicz for this case. Exhibit HJ has been filed under seal pursuant to the Protective Order in this case.

19. Attached as Exhibit HK to Plaintiffs' Reply are excerpts from a true and correct copy of the March 21, 2018 Report of Dr. Anne Smith for this case. Exhibit HK has been filed under seal pursuant to the Protective Order in this case.

20. Attached as Exhibit HL to Plaintiffs' Reply is a true and correct copy of an April to May 2014 email chain with the subject line "Edw1 SSR Turbine Accounting," produced by

IPRG in discovery under Bates number IPR-IPRG-362485. Exhibit HL has been filed under seal pursuant to the Protective Order in this case.

21. Attached as Exhibit HM to Plaintiffs' Reply is a true and correct copy of a pdf document titled "Environmental Compliance & Emission Excursions," and produced by IPRG in discovery under Bates number IPR-IPRG-61470. Exhibit HM has been filed under seal pursuant to the Protective Order in this case.

22. Attached as Exhibit HN to Plaintiffs' Reply is a true and correct copy of an April 26, 2008 Plant email with the subject line "plant update," produced by IPRG in discovery under Bates number IPR-IPRG-054939. Exhibit HN has been filed under seal pursuant to the Protective Order in this case.

23. Attached as Exhibit HO to Plaintiffs' Reply is a true and correct copy of a pdf document titled "TODAY'S WORK: Tuesday, September 01, 2009 0500-1700," and produced by IPRG in discovery under Bates number IPR-IPRG-008208. Exhibit HO has been filed under seal pursuant to the Protective Order in this case.

24. Attached as Exhibit HP to Plaintiffs' Reply is a true and correct copy of an November 2009 email exchange produced by IPRG in discovery under Bates number IPR-IPRG-352641. Exhibit HP has been filed under seal pursuant to the Protective Order in this case.

25. Attached as Exhibit HQ to Plaintiffs' Reply is a true and correct copy of an August 1, 2014 pdf titled "Edwards Power Plant Operations Department Communications," and produced by IPRG in discovery under Bates number IPR-IPRG-011333. Exhibit HQ has been filed under seal pursuant to the Protective Order in this case.

26. Attached as Exhibit HR to Plaintiffs' Reply is a true and correct copy of a July 27, 2018 pdf document titled "Friday Night Shift," and produced by IPRG in discovery under Bates

number IPR-IPRG-406557. Exhibit HR has been filed under seal pursuant to the Protective Order in this case.

I swear under penalty of perjury that the foregoing is true and correct.

Chicago, Illinois, October 5, 2018,

s/ <i>Ian Fisher</i>  
Counsel for Plaintiff Natural Resources Defense Council