IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; RESPIRATORY HEALTH ASSOCIATION; and SIERRA CLUB, INC., <br><br>Plaintiffs, <br><br>v. <br><br>ILLINOIS POWER RESOURCES GENERATING, LLC, <br><br>Defendant. | Case No. 13-cv-01181 <br>United States District Judge <br>Joe Billy McDade <br><br>Magistrate Judge <br>Thomas P. Schanzle-Haskins III |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE THE TESTIMONY OF DR. JOEL SCHWARTZ AND MOTION FOR LEAVE TO FILE OVERLONG SUMMARY JUDGMENT REPLY**

Defendant Illinois Power Resources Generating, LLC (IPRG) has moved for leave to file an overlong reply in support of its motion for summary judgment, *see* ECF No. 208, and for leave to file a reply in support of its motion to exclude the testimony of Dr. Joel Schwartz, *see* ECF No. 211. IPRG did not consult with Plaintiffs about either motion before filing it. Plaintiffs take no position on the overlong summary judgment reply. They oppose the reply in support of the motion to exclude for the following reasons.

This Court has the discretion to permit a reply when "the opposing [brief] has introduced new and unexpected issues," but "does not typically permit the moving party to file a reply in order to introduce new arguments or evidence that could have been included in the motion itself, or to rehash arguments made in the motion." Order & Op., ECF No. 130, at 12-13; *see also Shefts v. Petrakis*, 10-cv-1104, 2011 WL 5930469, at *8 (C.D. Ill. Nov. 29, 2011) (same).

IPRG does not identify any "new or unexpected issues" in Plaintiffs' response to its motion to exclude Dr. Schwartz, *see* ECF No. 193, that justify a reply. IPRG's proposed reply instead improperly presents new arguments about aspects of Dr. Schwartz's testimony that IPRG was aware of when it moved to exclude, *see, e.g.*, ECF No. 211-1 at 2 (discussing Dr. Schwartz's linearity and no-threshold assumptions, also referenced in IPRG's opening brief, *see* ECF No. 183 at 2, 14), and expands upon earlier arguments, *see, e.g.*, *id.* at 2 n.2 (discussing study also referenced in its opening brief, *see* ECF No. 183 at 9); *id.* at 3 (discussing *Krik v. ExxonMobil Corp.*, 870 F.3d 669 (7th Cir. 2017), also cited in its opening brief, ECF No. 183 at 15).

IPRG's proposed reply is also untimely. Even in the summary judgment context, where the Local Rules allow longer-than-normal briefing intervals, replies are due two weeks after responses. *See* CDIL-LR 7.1(D)(3). IPRG waited three. *See* ECF No. 193 (Plaintiffs' response brief, timely filed two weeks after IPRG's opening brief, ECF No. 183, on September 14).

Because IPRG's motion and Plaintiffs' opposition "adequately set out the issues and arguments," the Court should deny leave to file a reply. *See Ripmax Ltd. v. Horizon Hobby, Inc.*, 07-cv-2133, 2008 WL 5385538, at *2 (C.D. Ill. Dec. 18, 2008). If the Court considers the reply, Plaintiffs respectfully request that it also consider the attached proposed 1.5-page surreply.

Respectfully submitted October 10, 2018,

s/ *Jared E. Knicley*
Jared E. Knicley (DC Bar No. 1027257)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 513-6242
jknicley@nrdc.org

Selena Kyle (IL Bar No. 6311573)
Ian Fisher (CO Bar No. 47858)
20 North Wacker Drive, Suite 1600
Chicago, IL 60606

(312) 651-7906
skyle@nrdc.org
(312) 995-5903
ifisher@nrdc.org

Ann Alexander (IL Bar No. 6278919)
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6190
aalexander@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

s/ *Gregory E. Wannier*
Gregory E. Wannier (CA Bar No. 275349)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94110
(415) 977-5646
greg.wannier@sierraclub.org

Faith E. Bugel (IL Bar No. 6255685)
Attorney at Law
1004 Mohawk Road
Wilmette, IL 60091
(312) 282-9119
fbugel@gmail.com

*Counsel for Plaintiff Sierra Club*


s/ *Jeffrey Hammons*
Jeffrey Hammons (IL Bar No. 6324007)
Justin Vickers (IL Bar No. 6305129)
Scott Strand (MN Bar No. 147151)
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1600
Chicago, IL 60601
(312) 673-6500
jhammons@elpc.org
jvickers@elpc.org

*Counsel for Plaintiffs Sierra Club and Respiratory Health Association*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018, I caused the following to be served on all parties' counsel via the Court's CM/ECF system:

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE THE TESTIMONY OF DR. JOEL SCHWARTZ AND MOTION FOR LEAVE TO FILE OVERLONG SUMMARY JUDGMENT REPLY**

**PLAINTIFFS' [PROPOSED] SURREPLY IN OPPOSITION TO DEFENDANT ILLINOIS POWER RESOURCES GENERATING, LLC'S MOTION TO EXCLUDE THE TESTIMONY OF DR. JOEL SCHWARTZ**

s/ <i>Jared E. Knicley</i><br>
Jared E. Knicley