IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; RESPIRATORY HEALTH ASSOCIATION; and SIERRA CLUB, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS POWER RESOURCES GENERATING, LLC, <br><br> Defendant. | Case No. 13-cv-01181 <br> United States District Judge <br> Joe Billy McDade <br><br> Magistrate Judge <br> Thomas P. Schanzle-Haskins III |

**DECLARATION OF IAN FISHER
IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY
OF THOMAS KEELER**

1. My name is Ian Fisher. I represent the Natural Resources Defense Council, one of the Plaintiffs. This statement is based on my personal knowledge and review of discovery documents from this case.

2. Attached as Exhibit NA to Plaintiffs' Motion is a true and correct copy of the March 21, 2018 Expert Report of Mr. Thomas R. Keeler for this case. Exhibit NA has been filed under seal pursuant to the Protective Order in this case.

3. Attached as Exhibit NB to Plaintiffs' Motion is a true and correct copy of the April 15, 2019 Supplemental Expert Report of Mr. Thomas R. Keeler for this case. Exhibit NB has been filed under seal pursuant to the Protective Order in this case.

4. Attached as Exhibit NC to Plaintiffs' Motion is a true and correct copy of the April 26, 2019 Supplemental Rebuttal Expert Report of Mr. Thomas R. Keeler for this case. Exhibit NC has been filed under seal pursuant to the Protective Order in this case.

1

5. Attached as Exhibit ND to Plaintiffs' Motion are excerpts from a true and correct copy of the transcript from the June 26, 2018 Deposition of Thomas Keeler in this case. Exhibit ND has been filed under seal pursuant to the Protective Order in this case.

6. With Mr. Keeler's April 26, 2019 Supplemental Rebuttal Expert Report, IPRG produced Microsoft Excel files titled "Exhibit A13 - CS1 2018-01-01 _ 2018-12-31.xlsm" and "Exhibit A14 - Unit 3 2018-01-01 _ 2018-12-31.xlsm." Both files had a tab titled "Summary." Attached as Exhibit NE is a pdf printout of the tab titled "Summary" from both those files, labeled at the top by filename. These exhibits show that from January 1, 2018 to December 31, 2018, Mr. Keeler concluded there were 1,461 minutes in operation and 516 minutes offline at the combined stack that were not exempt by the 8-minute rule or the malfunction/breakdown defense as he interpreted it. And they show that from January 1, 2018 to December 31, 2018, Mr. Keeler concluded there were 3,352 minutes in operation and 1,027 minutes offline at the Unit 3 that were not exempt by the 8-minute rule or the malfunction/breakdown defense as he interpreted it. Exhibit NE has been filed under seal pursuant to the Protective Order in this case.

7. With Mr. Keeler's March 21, 2018 Expert Report, IPRG produced a Microsoft Excel file titled "Tom_Keeler_Exhibit B-Post Liability Period_CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER.xlsx." Attached as Exhibit NF is a pdf printout of the cells summing up the operating minutes and operating hours of the Edwards Units from the tab titled "Operating Time" labeled at the top by filename. This exhibit shows Mr. Keeler concluded that Unit 1 operated about 80 hours from July 1, 2014 to December 31, 2017. Exhibit NF has been filed under seal pursuant to the Protective Order in this case.

8. Attached as Exhibit NG is a pdf printout from that same tab labeled at the top by filename. The exhibit printout contains the table columns referring to Unit 2 and table rows

referring to October and November 2016, and October, November, and December 2017. This exhibit shows Mr. Keeler concluded that Unit 2 was not operating from October 1, 2016 to October 24, 2016, November 11, 2016 to November 20, 2016, and November 22, 2016 to November 27, 2016. It also shows Mr. Keeler concluded that Unit 2 was not operating from October 1, 2017 to December 12, 2017. Exhibit NG has been filed under seal pursuant to the Protective Order in this case.

I swear under penalty of perjury that the foregoing is true and correct.

    Chicago, Illinois, May 17, 2019,

                                      /s *Ian Fisher*
                                      *Counsel for Plaintiff Natural Resources Defense Council*